

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Lance Duncan and Mark IV Energy Holdings, LLC, f/k/a Mark III Energy Holdings, LLC,

\* From the 70th District Court of Ector County Trial Court No. A-16-05-0551-CV.

Vs. No. 11-17-00283-CV

\* December 12, 2019

Gerald B. Hindy; Assemblies of God Financial Services Group, d/b/a AG Financial Solutions; and Steward Energy Fund, LLC,

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Lance Duncan and Mark IV Energy Holdings, LLC, f/k/a Mark III Energy Holdings, LLC.